1  DEBORAH J. BROYLES, CA BAR NO. 167681
   CHRIS BAKER, CA BAR NO. 181557
2  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
3  San Francisco, CA 94105
   Tel. 415.371.1200
4  Fax 415.371.1211

5  Attorneys for Defendants
   KAISER FOUNDATION HOSPITALS,
6  AMY L'AMOREAUX, DIANE THURIN, and KIRSTIN HEIMAN

FILED
JAN 18 PM 1:42

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**BZ**

| THERESA A. TOKASHIKI AKA McCAULEY, | Case No.: 7 |
|---|---|
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| KAISER FOUNDATION HOSPITALS, AMY L'AMOREAUX, DIANE THURIN, KIRSTIN HEIMAN; DOES 1 THROUGH 10, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Civil L.R. 3-16, the undersigned counsel of record for Defendants certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Theresa Tokashiki, Plaintiff.

    2.    Kaiser Foundation Hospitals, Defendant.

    3.    Amy L'Amoreaux, Defendant.

1  4.   Diane Thurin, Defendant.

2  5.   Kristin Heiman, Defendant

3  Dated: January 18, 2008

THELEN REID BROWN RAYSMAN & STEINER LLP

By _____
Deborah J. Broyles
Chris Baker
Attorneys for Defendants
KAISER FOUNDATION HOSPITALS,
AMY L'AMOREAUX, DIANE THURIN,
AND KRISTIN HEIMAN

SF #1395942 v1                            -2-
ANSWER OF DEFENDANTS KAISER, L'AMOREAUX, THURIN, AND
HEIMAN TO PLAINTIFF'S UNVERIFIED FIRS AMENDED COMPLAINT