1  DEBORAH J. BROYLES, CA BAR NO. 167681
   CHRIS BAKER, CA BAR NO. 181557
2  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
3  San Francisco, CA 94105
   Tel. 415.371.1200
4  Fax 415.371.1211

5  Attorneys for Defendants
   KAISER FOUNDATION HOSPITALS,
6  AMY L'AMOREAUX, DIANE THURIN, and KIRSTIN HEIMAN

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | THERESA A. TOKASHIKI AKA    | Case No.: C 08 0357 BZ
12 | McCAULEY,                   |
   |                             |
13 |        Plaintiff,           |
   |                             | **CERTIFICATE OF SERVICE BY MAIL**
14 |   vs.                       |
   |                             |
15 | KAISER FOUNDATION HOSPITALS,|
   | AMY L'AMOREAUX, DIANE THURIN,|
16 | KIRSTIN HEIMAN; DOES 1 THROUGH|
   | 10,                         |
17 |                             |
   |        Defendants.          |
18

19     I am over the age of 18 and not a party to the within action. I am employed in the County
20 of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My
21 business address is 101 Second Street, Suite 1800, San Francisco, California 94105.
22     On January 22, 2008, I served the following entitled documents:
23         NOTICE OF REMOVAL OF CIVIL ACTION UNDER
24         28 U.S.C. SECTIONS 1441(B) AND 1331
           CERTIFICATION OF INTERESTED ENTITIES OR
25         PERSONS
26         ORDER SETTING INTIAL CASE MANAGEMENT
           CONFERENCE AND ADR DEADLINES
27         STANDING ORDERS -- BERNARD ZIMMERMAN
28

SF #1397642 v1                          -1-
                        CERTIFICATE OF SERVICE BY MAIL

STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

CONSENT / DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

ECF REGISTRATION INFORMATION HANDOUT

by placing true and correct copies thereof in a sealed envelope addressed as follows:

> Theresa A. Tokashiki
> 2169 Dalis Drive
> Concord, California  94520-5419

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above documents to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 22, 2008, at San Francisco, California.

*Lisa Schuh*
Lisa Schuh

SF #1397642 v1

-2-

CERTIFICATE OF SERVICE BY MAIL