```
1  DEBORAH J. BROYLES, CA BAR NO. 167681
   CHRIS BAKER, CA BAR NO. 181557
2  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
3  San Francisco, CA 94105
   Tel. 415.371.1200
4  Fax 415.371.1211
5
   Attorneys for Defendants
6  KAISER FOUNDATION HOSPITALS,
   AMY L'AMOREAUX, DIANE THURIN, and
7  KIRSTIN HEIMAN
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| THERESA A. TOKASHIKI AKA McCAULEY, | Case No: C-08-0357 BZ |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANTS' CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE ZIMMERMAN** |
| KAISER FOUNDATION HOSPITALS, AMY L'AMOREAUX, DIANE THURIN, KIRSTIN HEIMAN; DOES 1 through 10, | |
| Defendants. | |

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE ZIMMERMAN**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have United States Magistrate Judge Zimmerman conduct any and all further proceedings in this case, including trial, and order the entry of judgment.

/ / /

/ / /

/ / /

1  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the

2  Ninth Circuit.

3

4  Dated: January 28, 2008

5                                      THELEN REID BROWN RAYSMAN & STEINER LLP

6

7                            By        /s/ Chris Baker
                                   Deborah J. Broyles

8                                     Chris Baker
                                   Attorneys for Defendants

9                                     KAISER FOUNDATION HOSPITALS,
                                   AMY L'AMOREAUX, DIANE THURIN,

10                                    AND KRISTIN HEIMAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE BY MAIL**

*U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA CASE NO. C 08-0357 BZ*

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105.

On January 28, 2008, I served the following entitled document:

**DEFENDANTS' CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE ZIMMERMAN**

by placing a true and correct copy thereof in a sealed envelope addressed as follows:

> Theresa A. Tokashiki
> 2169 Dalis Drive
> Concord, CA   94520-5419

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 28, 2008, at San Francisco, California.

/s/ Teresa L. DeLillo
Teresa L. DeLillo