# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### 450 GOLDEN GATE AVENUE
### SAN FRANCISCO, CA   94102

## RICHARD W. WIEKING
### Clerk of the Court

(415) 522-2015

January 30, 2008

To:
Theresa A. Tokashiki
2169 Dalis Drive
Concord, CA 94520-5419

Re: Theresa A. Tokashiki v. Kaiser Foundation Hospitals, et al. - C08-0357 BZ

Dear Madam:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for May 5, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

Enclosed please find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ *Lashanda Scott*
By:    Lashanda Scott
Courtroom Deputy

N:\FORMS\CONSENTPROPER.LTR.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA
8
9   Theresa A. Tokashiki,                    No.  C  08-0357 BZ
10           Plaintiff(s),              **CONSENT TO PROCEED BEFORE A**
                                        **UNITED STATES MAGISTRATE JUDGE**
11       v.
12  Kaiser Foundation Hospitals, et al.,
13           Defendant(s).
    _____/
14
15        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21  Dated: _____        _____
                                          Signature
22
                                          Counsel for _____
23                                        (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

n:\forms\consent-decline.frm

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Theresa A. Tokashiki,

        Plaintiff(s),

    v.

Kaiser Foundation Hospitals, et al.,

        Defendant(s).

_____/

No.  C 08-0357 BZ

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.


Dated: _____

Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")


n:\forms\consent-decline.frm

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


THERESA A. TOKASHIKI,

             Plaintiff,

   v.

KAISER FOUNDATION HOSPITALS et al,

             Defendant.

_____/

Case Number: CV08-00357 BZ

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Theresa A. Tokashiki
2169 Dalis Drive
Concord, CA 94520-5419

Dated: January 30, 2008

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk