**FILED**

FEB 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Theresa A. Tokashiki,　　　　　　　　　　　No. C 08-0357 BZ

　　　　Plaintiff(s),　　　　　　　　　　　**CONSENT TO PROCEED BEFORE A
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE**

　　v.

Kaiser Foundation Hospitals, et al.,

　　　　Defendant(s).
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 5, 2008　　　　　　　　　　_____, PRO se
　　　　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　　　Counsel for __Pro se__
　　　　　　　　　　　　　　　　　　　　　(Plaintiff, Defendant or indicate "pro se")

n:\forms\consent-decline.frm

## CERTIFICATE OF SERVICE BY MAIL

U.S. DISTRICT COURT, NORTHER DISTRICT OF CALIFORNIA

TOKASHIKI vs. KAISER FOUNDATION HOSPITALS
Case # C 08-0357 BZ
February 5, 2008

I am over the age of 18 and not a party to the action as noted above. I am a resident of the County of Contra Costa, in the State of California. My address is: 2034 Spring Lake Drive, Martinez, California, 94553.

On February 5, 2008 I served the following entitled document:

**PLAINTIFFS CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

By placing a true and correct copy thereof in a sealed envelope addressed as follows:

Deborah J. Broyles, Attorney for Defendants
Chris Baker, Attorney for Defendants
THELEN, REID, BROWN, RAYSMAN & STEINER, LLP
101 Second Street
Suite 1800
San Francisco, California 94105

Today, February 5, 2008, I placed said document above in a pre-paid envelope at the Concord, California United States Post Office.

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct. Executed on February 5, 2008, at Martinez, California.

Date: February 5, 2008

Barbara McCauley

-1-



Theresa A. Tokashiki, Pro se
2169 Dalis Drive
Concord, CA 94520-5419

Lashanda Scott, Court Staff
UNITED STATES DISTRICT COURT
For the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102-9680