UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THERESA A. TOKASHIKI AKA McCAULEY,

    Plaintiff(s),

v.

KAISER FOUNDATION HOSPITALS, et al.,

    Defendant(s).
_____/

CASE NO. C-08-0357 BZ

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    ☐ have not yet reached an agreement to an ADR process
    ✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Theresa A. Tokashiki | Pro Per | (925) 691-4011 | terriritokashiki@msn.com |
| Chris Baker, Esq. | Defendant Kaiser | (415) 369-7201 | cdbaker@thelen.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 4/10/08    /s/ Theresa A. Tokashiki
                                        Attorney for Plaintiff

Dated: 4/10/08    /s/ Chris Baker, Esquire
                                        Attorney for Defendant

Rev 1.05