DEBORAH J. BROYLES, CA BAR NO. 167681
CHRIS BAKER, CA BAR NO. 181557
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel. 415.371.1200
Fax 415.371.1211

Attorneys for Defendants
KAISER FOUNDATION HOSPITALS,
AMY L'AMOREAUX, DIANE THURIN, and KIRSTIN HEIMAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA A. TOKASHIKI AKA McCAULEY, | Case No.: C-08-0357 BZ |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE BY U.S. MAIL** |
| KAISER FOUNDATION HOSPITALS, AMY L'AMOREAUX, DIANE THURIN, KIRSTIN HEIMAN; DOES 1 THROUGH 10, | |
| Defendants. | |

///

///

///

///

///

///

///

SF #1395942 v1

# CERTIFICATE OF SERVICE BY MAIL

CASE NO. C-08-0357 BZ

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105.

On April 14, 2008, I served the following entitled documents:

    NOTICE OF NEED FOR ADR PHONE CONFERENCE

    ADR CERTIFICATION BY PARTIES AND COUNSEL

by placing true and correct copies thereof in a sealed envelope addressed as follows:

    Theresa A. Tokashiki
    2169 Dalis Drive
    Concord, CA  94520-5419

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above documents to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 14, 2008, at San Francisco, California.

                                         /s/ Teresa L. DeLillo
                                         Teresa L. DeLillo