UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THERESA A. TOKASHIKI,

              Plaintiff(s),

    v.

KAISER FOUNDATION HOSPITALS,
AMY L'AMOREAUX, DIANE THURIN,
KRISTIN HEIMAN DOES 1 THROUGH
10, inclusive,    Defendant(s).

CASE NO. C 08-0357–BZ

NOTICE OF NEED FOR ADR PHONE CONFERENCE

FILED APR 17 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 5, 2008 at 4:00pm

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Theresa A. Tokashiki, In Pro Per/Pro se, | | home(925)691-4011 cell(510)219-5591 | territokashiki@msn.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: April 14, 2008

                                          Theresa A. Tokashiki, In Pro
                                          Attorney for Plaintiff

Dated: _____

                                          Attorney for Defendant

Rev 12.05

## CERTIFICATE OF SERVICE BY MAIL

U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

TOKASHIKI vs. KAISER FOUNDATION HOSPITALS
Case #: C 08-0357 BZ

April 14, 2008

I am over the age of 18 and not a party to the action as noted above. I am a resident in the County of Contra Costa, in the State of California. My address is: 2034 Spring Lake Drive, Martinez, California 94553.

On April 14, 2008, I served the following document:

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

By placing a true and correct copy thereof in a sealed envelope addressed as follows:

Chris Baker and Deborah J. Broyles, Attorneys
THELEN, REID, BROWN, RAYSMAN & STEINER, LLP
101 SECOND STREET
Suite 1800
San Francisco, CA 94105

Today, April 14, 2008, I placed said document above in a pre-paid envelope at the Concord, California United States Post Office.

I declare this under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 14, 2008, at Martinez, California.

Date: April 14, 2008

Barbara McCauley

-1-