## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTE ORDER

**Magistrate Judge BERNARD ZIMMERMAN**

Date: __05/05/2008__

### C08-0357 BZ

### Theresa A. Tokashiki v. Kaiser Foundation Hospitals, et al.

Attorneys: Pltf: Theresa A. Tokashiki (pro per)
          Def: Chris Baker

                                  Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**       Reporter: **FTR Digital Recording; 4:36-5:21**

### PROCEEDINGS:                              RULING:

1. Case Management Conference               Matter Held
2. _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

### ORDERED AFTER HEARING:

Bench Trial set for June 15, 2009 at 8:30 a.m.  Trial set for 2-4 days.  Case referred to a Magistrate Judge to conduct an early settlement conference in June/July, 2008, or soon as schedule permits. Initial disclosures to be completed by May 19, 2008.

( XX ) ORDER TO BE PREPARED BY:   Pltf ____ Deft ____ Court__XX__

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO_____    for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court
Notes: _____