Theresa Ann Tokashiki, In Pro Per/Pro se
2169 Dalis Drive
Concord, California 94520-5419
(925) 691-4011

RECEIVED
MAY 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CHAMBERS COPY**

| | |
|---|---|
| THERESA A. TOKASHIKI, <br><br> Plaintiff <br><br> vs. <br><br> KAISER FOUNDATION HOSPITALS, AMY L'AMOREAUX, DIANE THURIN, KRISTIN HEIMAN, DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | Case No. C 08-0357 BZ <br><br> **STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S POTENTIAL SECOND (2nd) AMENDED COMPLAINT** <br><br> Date filed: May 19, 2008 <br><br> Judge: Magistrate Bernard Zimmerman |

The parties, Plaintiff THERESA A. TOKASHIKI and the Defendants KAISER FOUNDATION HOSPITALS, AMY L'AMOREAUX, DIANE THURIN, AND KRISTIN HEIMAN (through their counsel), stipulate to the following:

1. Plaintiff must send to Defendants her proposed Second (2nd) Amended Complaint Draft no later than June 2, 2008 (as opposed to the original deadline of May 19, 2008). The parties further stipulate that Defendants will thereafter have until June 12, 2008 (as opposed to the original deadline

-1-

of May 27, 2008) to consider stipulating to the filing of the proposed Second Amended Complaint. If Defendants refuse or fail to stipulate to the filing of the proposed Second Amended Complaint by June 12, 2008, Plaintiff shall have until June 19, 2008 to file any motion for permission to file a Second Amended Complaint.

So stipulated by the parties:

Dated: May 19, 2008

_____
Theresa A. Tokashiki, In Pro Per/Pro se

/s/ Chris Baker, Esquire
_____

Dated: May 19, 2008

Deborah J. Broyles
Chris Baker
Attorneys for Defendants
KAISER FOUNDATION HOSPITALS, AMY L'AMOREAUX, DIANE THURIN, AND KRISTIN HEIMAN

IT IS SO ORDERED:

Date _____

_____
MAGISTRATE JUDGE BERNARD ZIMMERMAN

/
/
/
/
/

-2-
STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S POTENTIAL SECOND (2nd) AMENDED COMPLAINT
United States District Court for the Northern District of California
**Case No. C 08-0357 BZ**

**CERTIFICATE OF SERVICE BY MAIL**

U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

TOKASHIKI vs. KAISER FOUNDATION HOSPITALS
Case #: C 08-0357 BZ

May 19, 2008

I am over the age of 18 and not a party to the action as noted above. I am a resident in the County of Contra Costa, in the State of California. My address is: 2034 Spring Lake Drive, Martinez, California 94553.

On May 19, 2008, I served the following documents:

**STIPULATION BETWEEN THE PARTIES TO ENLARGE TIME FOR PLAINTIFF TO FILE SECOND (2nd) AMENDED COMPLAINT**

By placing a true and correct copy thereof in a sealed envelope addressed as follows:

Chris Baker and Deborah J. Broyles, Attorneys for Defendants
THELEN, REID, BROWN, RAYSMAN & STEINER, LLP
101 SECOND STREET
Suite 1800
San Francisco, CA 94105

Today, May 19, 2008, I placed said document above in a pre-paid envelope at the Concord, California United States Post Office. I declare this under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 19, 2008, at Martinez, California.

Date: May 19, 2008                                     Barbara McCauley

-1-