Theresa Ann Tokashiki, In Pro Per/Pro se
2169 Dalis Drive
Concord, California 94520-5419
(925) 691-4011



UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA A. TOKASHIKI,

          Plaintiff

vs.

KAISER FOUNDATION HOSPITALS, AMY L'AMOREAUX, DIANE THURIN, KRISTIN HEIMAN, DOES 1 THROUGH 10, inclusive,

          Defendants.

Case No. C 08-0357 BZ

STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S POTENTIAL SECOND (2nd) AMENDED COMPLAINT

Date filed: May 19, 2008

Judge: Magistrate Bernard Zimmerman

    The parties, Plaintiff THERESA A. TOKASHIKI and the Defendants KAISER FOUNDATION HOSPITALS, AMY L'AMOREAUX, DIANE THURIN, AND KRISTIN HEIMAN (through their counsel), stipulate to the following:

    1.    Plaintiff must send to Defendants her proposed Second (2nd) Amended Complaint Draft no later than June 2, 2008 (as opposed to the original deadline of May 19, 2008). The parties further stipulate that Defendants will thereafter have until June 12, 2008 (as opposed to the original deadline

of May 27, 2008) to consider stipulating to the filing of the proposed Second Amended Complaint. If Defendants refuse or fail to stipulate to the filing of the proposed Second Amended Complaint by June 12, 2008, Plaintiff shall have until June 19, 2008 to file any motion for permission to file a Second Amended Complaint.

So stipulated by the parties:

Dated: May 19, 2008

_____
Theresa A. Tokashiki, In Pro Per/Pro se

/s/ Chris Baker, Esquire

Dated: May 19, 2008

Deborah J. Broyles
Chris Baker
Attorneys for Defendants
KAISER FOUNDATION HOSPITALS,
AMY L'AMOREAUX, DIANE
THURIN, AND KRISTIN HEIMAN

IT IS SO ORDERED:

Date 21 May 08

_____
MAGISTRATE JUDGE BERNARD ZIMMERMAN

/
/
/
/
/

-2-
STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S POTENTIAL SECOND (2nd) AMENDED COMPLAINT
United States District Court for the Northern District of California
Case No. C 08-0357 BZ

<u>**CERTIFICATE OF SERVICE BY MAIL**</u>

U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

TOKASHIKI vs. KAISER FOUNDATION HOSPITALS
Case #: C 08-0357 BZ

May 19, 2008

I am over the age of 18 and not a party to the action as noted above. I am a resident in the County of Contra Costa, in the State of California. My address is: 2034 Spring Lake Drive, Martinez, California 94553.

On May 19, 2008, I served the following documents:

**STIPULATION BETWEEN THE PARTIES TO ENLARGE TIME FOR PLAINTIFF TO FILE SECOND (2nd) AMENDED COMPLAINT**

By placing a true and correct copy thereof in a sealed envelope addressed as follows:

Chris Baker and Deborah J. Broyles, Attorneys for Defendants
THELEN, REID, BROWN, RAYSMAN & STEINER, LLP
101 SECOND STREET
Suite 1800
San Francisco, CA 94105

Today, May 19, 2008, I placed said document above in a pre-paid envelope at the Concord, California United States Post Office. I declare this under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 19, 2008, at Martinez, California.

Date: May 19, 2008

Barbara McCauley

-1-

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

THERESA A. TOKASHIKI,

        Plaintiff,

v.

KAISER FOUNDATION HOSPITALS et al,

        Defendant.
_____/

Case Number: CV08-00357 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Theresa A. Tokashiki
2169 Dalis Drive
Concord, CA 94520-5419

Dated: May 21, 2008

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk