1 | Theresa Ann Tokashiki, In Pro Per/Pro se
2 | 2169 Dalis Drive
  | Concord, California 94520-5419
3 | (925) 691-4011



UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  | Case No. C 08-0357 BZ |
|---|---|
| THERESA A. TOKASHIKI, | MOTION, BASED ON THE PLAINTIFF'S OWN MOTION AND [PROPOSED] ORDER FOR A REQUEST TO ENLARGE TIME AS TO FULLY CONTINUE THIS CASE C 08-0357 BZ UNTIL AFTER PLAINTIFFS URGENT SURGERY and HOPEFUL SPEEDY RECOVERY |
| Plaintiff | |
| vs. | |
| KAISER FOUNDATION HOSPITALS, AMY L'AMOREAUX, DIANE THURIN, KRISTIN HEIMAN, DOES 1 THROUGH 10, inclusive, | |
| Defendants. | Date filed: June 2, 2008 |

The Plaintiff THERESA A. TOKASHIKI is filing this MOTION, BASED ON THE PLAINTIFF'S OWN MOTION AND [PROPOSED] ORDER FOR A REQUEST TO ENLARGE TIME AS TO FULLY CONTINUE THIS CASE C 08-0357 BZ UNTIL AFTER PLAINTIFFS URGENT SURGERY and HOPEFUL SPEEDY RECOVERY. Pursuant to Local Rule 6-3, and Federal Rules of Civil Procedure 7(b), the Plaintiff brings the following Motion to this Court.

Plaintiff, THERESA A. TOKASHIKI, needs urgent surgery in her neck, see MRI Report of April 1, 2008 noted here as <u>Exhibit 1</u>, and attached to a Declaration by the Plaintiff in Support of this Motion.

Plaintiffs Second Amended Complaint Draft was to be sent to Chris Baker, Counsel for ALL Defendants. Due to the Plaintiffs physical status and condition, she asks of this Court, that the Order of May 21, 2008 extending the time to today for the Draft, be continued and rescheduled until after her

-1-

1   surgery and recovery. That the Plaintiff will produce another stipulation to the Defendants Counsel
2   upon her recovery to schedule her Second Amended Complaint. If the Defendants do not stipulate to
3   that, the Plaintiff may file a Motion for Leave to file her Second Amended Complaint.

4       Plaintiff further asks of this Court to Order and Continue ALL proceedings regarding the case as
5   noted above as C 08-0357 BZ, and await the Plaintiff to notify this Court and Chris Baker, Counsel for
6   ALL Defendants of her recovery, after her surgery. Plaintiff asks of this Court what preferred
7   notification is needed for Plaintiff to complete once she is recovered, and ask that further Order be stated
   by Magistrate Judge Zimmerman as to the type of notification Plaintiff needs for this Court when she
8   has recovered. Please accept and understand the urgency of the Plaintiffs request.

9       The Plaintiff contacted Chris Baker, Counsel for ALL Defendants pertaining to the issue of
   Stipulation for all as mentioned above. Mr. Baker clearly indicated to Plaintiff today, that the
10   Defendants would not oppose a Motion as set forth in her Declaration in support of this Motion.
11   Declaration in Support of this Motion and other issues is attached hereto this Motion and filed today,
   June 2, 2008.
12       Plaintiff further requests of this Court to decide on the Motion and mail decision to Plaintiff and
13   Defendants. This request is based on the Plaintiffs physical disabilities pertaining to the surgery
14   Plaintiff is to sustain in the near future.

15

16   Respectfully submitted,

17

18   Dated: June 2, 2008                         Theresa A. Tokashiki, In Pro Per/Pro se

19

20

21   IT IS SO ORDERED:

22

23

24                                         MAGISTRATE JUDGE BERNARD ZIMMERMAN
   /
25  /
26  /
27

-2-
MOTION, BASED ON THE PLAINTIFF'S OWN MOTION AND [PROPOSED] ORDER FOR A REQUEST TO ENLARGE TIME AS TO FULLY
CONTINUE THIS CASE C 08-0357 BZ UNTIL AFTER PLAINTIFFS URGENT SURGERY and HOPEFUL SPEEDY RECOVERY
TOKASHIKI vs. KAISER FOUNDATION HOSPITALS
United States District Court for the Northern District of California
Case No. C 08-0357 BZ