1 | Theresa Ann Tokashiki, In Pro Per/Pro se
2 | 2169 Dalis Drive
   | Concord, California 94520-5419
3 | (925) 691-4011

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  | Case No. C 08-0357 BZ |
|---|---|
| THERESA A. TOKASHIKI, | **DECLARATION IN SUPPORT OF MOTION, BASED ON THE PLAINTIFF'S OWN MOTION AND [PROPOSED] ORDER FOR A REQUEST TO ENLARGE TIME AS TO FULLY CONTINUE THIS CASE C 08-0357 BZ UNTIL AFTER PLAINTIFFS URGENT SURGERY and HOPEFUL SPEEDY RECOVERY** |
| Plaintiff | |
| vs. | |
| KAISER FOUNDATION HOSPITALS, AMY L'AMOREAUX, DIANE THURIN, KRISTIN HEIMAN, DOES 1 THROUGH 10, inclusive, | |
| Defendants. | Date filed: June 2, 2008 |

The Plaintiff THERESA A. TOKASHIKI is writing this DECLARATION IN SUPPORT OF

THE MOTION, BASED ON THE PLAINTIFF'S OWN MOTION AND [PROPOSED] ORDER FOR

A REQUEST TO ENLARGE TIME AS TO FULLY CONTINUE THIS CASE C 08-0357 BZ UNTIL

AFTER PLAINTIFFS URGENT SURGERY and HOPEFUL SPEEDY RECOVERY.

Pursuant to FEDERAL RULES OF EVIDENCE 901(a), 902, 1001(1)(4), and laws pertaining to

"Statements under Oath", I declare the following to be true and correct and sign with certification on

page two (2) of this declaration as such:

I am the Plaintiff THERESA A. TOKASHIKI, and I am stating this DECLARATION under

penalty of perjury.

-1-

DECLARATION IN SUPPORT OF MOTION, BASED ON THE PLAINTIFF'S OWN MOTION AND [PROPOSED] ORDER FOR A REQUEST TO ENLARGE TIME AS TO FULLY CONTINUE THIS CASE C 08-0357 BZ UNTIL AFTER PLAINTIFFS URGENT SURGERY and HOPEFUL SPEEDY RECOVERYTOKASHIKI vs. KAISER FOUNDATION HOSPITALS
United States District Court for the Northern District of California
Case No. C 08-0357 BZ

1    My address is: 2169 Dalis Drive, Concord, CA 94520-5419, (925) 691-4011.

2    On May 20, 2008, I found out from my doctor that I need urgent surgery in my spine, that I am

3    very sick. Being in the amount of pain that I am in everyday, I am at least thankful for the knowledge of

4    my illness, but regret to impose my illness on anyone or any Court. Although I am as strong as I can be

5    while faced with this much pain and discomfort, I cannot go against my pain and try to stay strong when I

6    am not. Although I am of sound, mind, and body, my strength ends after this paperwork is filed. I am so

7    thankful I have a forced energy, as I would call it, to pull this Declaration together and other

8    documentation for my case before I go in for surgery.

9

10    Specifically, the problem that needs surgery is in my neck where all the nerves connect. My

11    understanding from my doctor is that one more fall and I would be paralyzed. I have had temporary

12    paralysis prior to this M.R.I. and it is not fun to experience. My doctor told me the temporary paralysis I

13    was experiencing previously in a few episodes, was in fact real paralysis, something I never anticipated I

14    would ever experience. I only hope I fully recover so I can place my energy back into justice and further

15    my case into decision. I have not been told about my recovery, so I truly have no idea what to expect.

16    The only expectation I will have is in hope for a full recovery, but I state here I am terrified of what the

17    next few months hold for my future; prayers are all I have at this point while awaiting my surgery.

18    My further understanding from my doctor is that I need urgent neurological surgery. She also said

19    that reading is the worst thing I can do, so I am following her orders and asking this Court for permission

20    to extend my case until after my surgery and recovery after my surgery. I have not received any

21    documentation regarding my surgery except for my current M.R.I. report from April 1, 2008, which

22    indicates some gross words as severe and significant abnormality. I received this report from my doctor,

23

24    Dr. Kimberly Haglund, of which I am including in this declaration as a true document from Contra Costa

25    Regional Medical Center, located in Martinez, California. Tomorrow I am supposed to hear from my

26    doctor regarding a letter regarding my surgery, which I will have for further notation. However, I hope

27    this documentation is enough for ALL Defendants, Chris Baker, and this Court.

-2-

1       It is my hope that Counsel for the Defendants, the Defendants, and this Court understands the

2   importance of my case going forward from the point of the Second Amended Complaint, which is

3   supposed to be in the hands of Chris Baker for review and possible stipulation. Which he decided not to

4   stipulate on behalf of ALL Defendants at 10:41am this morning. That, unfortunately is out of my control

5   to complete due to my illness. I hope that my freedom of speech is upheld for me until my surgery is over

6   and I am able to complete my amended complaint later when I am well.

7       I apologize to all for this unfortunate inconvenience and I will alert this Court and Chris Baker,

8   Counsel for ALL Defendants in this case, of my recovery. Thank you.

9       **List of Exhibits for this Declaration:**

10

11      **Exhibit 1**

12      1.     MRI Report of April 1, 2008 noted here as <u>Exhibit 1</u>, and attached to this Declaration by

13  the Plaintiff in Support of this Stipulation. <u>Exhibit 1</u> is a true copy, and certify this under penalty of

14  perjury.

15      I declare the foregoing to be the truth under penalty of perjury.

16

17

18

19

20      Dated: June 2, 2008                 Theresa A. Tokashiki, In Pro Per/Pro se

21

22

23

24

25

26

27

**DECLARATION IN SUPPORT OF MOTION, BASED ON THE PLAINTIFF'S OWN MOTION AND [PROPOSED] ORDER FOR A REQUEST TO ENLARGE TIME AS TO FULLY CONTINUE THIS CASE C 08-0357 BZ UNTIL AFTER PLAINTIFFS URGENT SURGERY and HOPEFUL SPEEDY RECOVERY** TOKASHIKI vs. KAISER FOUNDATION HOSPITALS
United States District Court for the Northern District of California
**Case No. C 08-0357 BZ**

CONTRA COSTA HEALTH SERVICES
CONTRA COSTA REGIONAL MEDICAL CENTER
CONTRA COSTA HEALTH CENTERS

**DIAGNOSTIC IMAGING DEPARTMENT**

**MRI REPORT**

Ordering MD: HAGLUND, KIMBERLEY, MD
Outside MD Name:
Order Date: 04/01/08
Order Time: 1230

MR#: M003137601
Name: TOKASHIKI, THERESA A
Ph #: (925)691-4011
DOB: 03/10/63 Sex F
Loc: M1N2
Acct# : M099218448
PCP: HAGLUND, KIMBERLEY, MD
PCS: MART

SERVICE DATE: 04/01/2008
SERVICE TIME: 1230

## MRI OF THE CERVICAL SPINE

CLINICAL INFORMATION: Neck pain and radiculopathy.

T1 and T2 sagittal, T2 and gradient echo axial images of the cervical spine.

There is degenerative spondylosis from C3 to C7.

At C3-4, osteophyte formation causes mild left foraminal stenosis. No central canal stenosis is seen.

At C4-5, osteophyte formation and disc bulging cause moderate bilateral foraminal stenosis. There is mild narrowing of the central spinal canal with the mid-sagittal diameter reduced to 10 mm compared with 13 mm at mid-vertebral body level.

There is no flattening or edema of the spinal cord.

At C5-6, there is severe bilateral foraminal stenosis due to osteophyte formation. Mild narrowing of the central spinal canal to 10 mm is seen. No flattening or edema of the spinal cord is seen.

At C6-7, osteophyte formation causes moderate bilateral foraminal stenosis. No central spinal canal stenosis is seen.

IMPRESSION: Degenerative spondylosis from C3 to C7 with most significant abnormality at C4-5 and C5-6, where there is moderate to severe foraminal encroachment. There is mild narrowing of the central spinal canal to 10 mm but no spinal cord flattening, impingement, or edema.

ROBERT J. LIEBIG, M.D.

LIER : ADA
Dictated : 04/08/08                          MRI
Transcribed : 04/09/08 0938
**ELECTRONIC SIGNATURE*** **Esigned By: LIER**     **EsignDate/Time: 04/21/08  1357**
Contra Costa Regional Medical Center (PCI: OE Database CCS)

Run: 05/20/08-16:30 by HAGLUND, KIMBERLEY, MD                          Page 1 of 1

## CERTIFICATE OF SERVICE BY MAIL

### U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

### TOKASHIKI vs. KAISER FOUNDATION HOSPITALS
Case #: C 08-0357 BZ

June 2, 2008

I am over the age of 18 and not a party to the action as noted above.  I am a resident in the County of Contra Costa, in the State of California.  My address is:  2034 Spring Lake Drive, Martinez, California 94553.

On June 2, 2008, I served the following documents:

**MOTION, BASED ON THE PLAINTIFF'S OWN MOTION AND [PROPOSED] ORDER FOR A REQUEST TO ENLARGE TIME AS TO FULLY CONTINUE THIS CASE C 08-0357 BZ UNTIL AFTER PLAINTIFFS URGENT SURGERY and HOPEFUL SPEEDY RECOVERY, DECLARATION IN SUPPORT OF MOTION, BASED ON THE PLAINTIFF'S OWN MOTION AND [PROPOSED] ORDER FOR A REQUEST TO ENLARGE TIME AS TO FULLY CONTINUE THIS CASE C 08-0357 BZ UNTIL AFTER PLAINTIFFS URGENT SURGERY and HOPEFUL SPEEDY RECOVERY**

By placing a true and correct copy thereof in a sealed envelope addressed as follows:

Chris Baker and Deborah J. Broyles, Attorneys for Defendants
THELEN, REID, BROWN, RAYSMAN & STEINER, LLP
101 SECOND STREET
Suite 1800
San Francisco, CA 94105

Today, June 2, 2008, I placed said document above in a pre-paid envelope at the Concord, California United States Post Office.

I declare this under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 2, 2008, at Martinez, California.

Date:  June 2, 2008

Barbara McCauley

-1-

CERTIFICATE OF SERVICE MOTION, BASED ON THE PLAINTIFF'S OWN MOTION AND [PROPOSED] ORDER FOR A REQUEST TO ENLARGE TIME AS TO FULLY CONTINUE THIS CASE C 08-0357 BZ UNTIL AFTER PLAINTIFFS URGENT SURGERY and HOPEFUL SPEEDY RECOVERY, and DECLARATION IN SUPPORT OF MOTION, BASED ON THE PLAINTIFF'S OWN MOTION AND [PROPOSED] ORDER FOR A REQUEST TO ENLARGE TIME AS TO FULLY CONTINUE THIS CASE C 08-0357 BZ UNTIL AFTER PLAINTIFFS URGENT SURGERY and HOPEFUL SPEEDY RECOVERY
TOKASHIKI vs. KAISER FOUNDATION HOSPITALS
United States District Court for the Northern District of California
Case No. C 08-0357 BZ