UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA TOKASHIKI,<br><br>   Plaintiff(s),<br><br>   v.<br><br>KAISER FOUNDATION HOSPITALS, et al.,<br><br>   Defendant(s). | No.  C 08-0357 BZ<br><br>**ORDER RE REQUEST TO ENLARGE TIME** |

Plaintiff has filed a motion pursuant to Local Rule 6-3 to enlarge the time she has to prepare an amended complaint and to "continue all proceedings." No opposition was filed.

As cause for the continuances, plaintiff provides her declaration in which she states, that she found out from her doctor on May 20, 2008 that she needs urgent surgery. She attaches MRI report dated April 1, 2008. This concerns the court for a number of reasons. First, the order requiring her to send a proposed amended complaint to defendants by June 2, 2008 was entered on May 21, 2008. The court was not advised of the need for urgent surgery before that time. Second, the request for relief from the June 2, 2008 date was

1

1   made on June 2, 2008 at 2:26 p.m.  I received it the next day.
2   This in effect amounts to giving herself a continuance since
3   denial of the order would not have produced the amended
4   complaint when due.  No good cause was shown for having waited
5   until the last minute to seek relief.  Finally, plaintiff no
6   where explains when the urgent surgery is scheduled.
7       **IT IS THEREFORE ORDERED** that by **June 30, 2008** plaintiff
8   shall file a further declaration supported by a doctor's
9   certificate stating when the urgent surgery is scheduled.
10  Failing that, plaintiff shall provide a copy of the proposed
11  amended complaint to the defendant by **June 30, 2008**.
12      Plaintiff is admonished that continuances are to be
13  sought as soon as the need for one becomes apparent.
14  Dated:  June 11, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TOKASHIKI\ORDER RE REQUEST TO ENLARGE TIME.wpd

2