Theresa Ann Tokashiki, In Pro Per/Pro se
2169 Dalis Drive
Concord, California 94520-5419
(925) 691-4011



UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA A. TOKASHIKI, <br><br> Plaintiff <br><br> vs. <br><br> KAISER FOUNDATION HOSPITALS, AMY L'AMOREAUX, DIANE THURIN, KRISTIN HEIMAN, DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | Case No.  Case No.  C 08-0357 BZ <br><br> **DECLARATION IN SUPPORT OF ENLARGMENT OF TIME FILED ON JUNE 2, 2008** <br><br> Date:  July 16, 2008 <br><br> Court location:  450 Golden Gate Avenue <br><br> San Francisco, California 94102 |

*DECLARATION OF THERESA A. TOKASHIKI*

I, THERESA A. TOKASHIKI, declare:

1.      My name is THERESA A. TOKASHIKI. I am over 18 years of age. I reside at 2169 Dalis Drive, Concord, California. I am fully competent to make this Declaration and I have personal knowledge of the facts stated in this Declaration. To my knowledge, all of the facts stated in this Declaration are true and correct.

2.      I am the Plaintiff in this matter. I make this DECLARATION IN SUPPORT OF MOTION FOR ENLARGMENT OF TIME FILED ON JUNE 2, 2008, and I am stating this declaration to inform His Honor,

Magistrate Judge Bernard Zimmerman of further information regarding needing surgery.

3.   On June 3, 2008, just one day after I filed this "Enlargement of Time Motion", my doctor, Dr. Kimberly Haglund wrote a letter in her own hand-writing to make notice of upcoming surgical analysis of my neck situation by a Neurosurgeon. Attached hereto this Declaration as <u>Exhibit "A"</u>.

4.   Dr. Haglund's letter was mailed on June 11, 2008, and I received it thereafter on June 13, 2008.

5.   In the order from Judge Zimmerman on June 11, 2008, he strictly indicated me to notify the Court of a surgery date. Because surgery has not been scheduled, I cannot provide information regarding that at this time.

6.   I don't want to over-file any paperwork with this Court, but I feel it should be brought to this Court's attention and Judge Zimmerman's attention that there are future engagements regarding my neck issue.

7.   I will alert this Court, if so desired, of future scheduling for my neck surgery or other treatment.

8.   I did follow Judge Zimmerman's order without failing to serve the Defendants with my [Proposed] Second Amended Complaint by June 30, 2008. I sent it to them on that date in an email and hardcopy was served in the mail to the Defendants Counsel, Chris Baker that date. It had typos and information left out that I wanted in the complaint, but Chris Baker didn't want me to present the corrected added version to this Court. I would like to present the corrected added version to this Court and asked in a different document to do so.

9.   I further state to Judge Zimmerman the pain is really intense all the time and that may hinder my ability to obtain the justice I deserve. If His Honor feels this is enough notification of my neck situation to grant a continuance, or if further documentation is needed from my doctor, I will obtain it for him.

I declare under penalty of perjury under the laws of the United States that the foregoing Declaration is true and correct. I have executed this Declaration on July 16, 2008, Concord, California.

                                                                Respectfully submitted,


Dated: July 16, 2008                                    Theresa A. Tokashiki, In Pro Per/Pro se

-2-
DECLARATION IN SUPPORT OF MOTION FOR ENLARGMENT OF TIME FILED ON JUNE 2, 2008
TOKASHIKI vs. KAISER FOUNDATION HOSPITALS
United States District Court for the Northern District of California
Case No. C 08-0357 BZ

Case 3:08-cv-00357-BZ    Document 23    Filed 07/18/2008    Page 3 of 4

EXHIBIT A

WILLIAM B. WALKER, M.D.
HEALTH SERVICES DIRECTOR

JEFFREY V. SMITH, M.D.
EXECUTIVE DIRECTOR
MEDICAL CENTER
HEALTH CENTERS

STEVEN C. TREMAIN, M.D
DIRECTOR, OFFICE OF AMBULATORY CARE
SENIOR MEDICAL DIRECTOR



CONTRA COSTA HEALTH SERVICES

CONTRA COSTA
REGIONAL
MEDICAL CENTER
CONTRA COSTA
HEALTH CENTERS
2500 Alhambra Avenue
Martinez, California 94553-3191
Ph (925) 370-5000

6/3/08

To whom it may concern:

Ms. Theresa Tokashiki has been referred to a neurosurgeon for consideration of possible surgical treatment of degenerative disc disease + arthritis in her neck.

Sincerely,

*[signature]*

Kimberly Haglund, M.D.
A80831    BH8082771



• Contra Costa Alcohol and Other Drugs Services • Contra Costa Emergency Medical Services • Contra Costa Environmental Health • Contra Costa Health Plan •
• Contra Costa Hazardous Materials Programs • Contra Costa Mental Health • Contra Costa Public Health • Contra Costa Regional Medical Center • Contra Costa Health Centers •

**CERTIFICATE OF SERVICE BY MAIL**

*U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

TOKASHIKI vs. KAISER FOUNDATION HOSPITALS

Case #: C 08-0357 BZ

July 17, 2008

I am over the age of 18 and not a party to the action as noted above. I am a resident in the County of Contra Costa, in the State of California. My address is: 2034 Spring Lake Drive, Martinez, California 94553.

On July 17, 2008, I served the following document:

**DECLARATION IN SUPPORT OF ENLARGMENT OF TIME FILED ON JUNE 2, 2008**

By placing a true and correct copy thereof in a sealed envelope addressed as follows:

Chris Baker and Deborah J. Broyles, Attorneys for Defendants
THELEN, REID, BROWN, RAYSMAN & STEINER, LLP
101 SECOND STREET
Suite 1800
San Francisco, CA 94105

Today, July 17, 2008, I placed said document above in a pre-paid envelope at the Concord, California United States Post Office.

I declare this under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 17, 2008, at Martinez, California.

Date: July 17, 2008

Barbara McCauley

-1-