UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
THERESA TOKASHIKI,          )
                            )
          Plaintiff(s),     )   No.  C 08-0357 BZ
                            )
     v.                     )   ORDER SETTING BRIEFING
                            )   SCHEDULE AND VACATING
KAISER FOUNDATION HOSPITALS,)   HEARING DATE
et al.,                     )
                            )
          Defendant(s).     )
                            )
```

**IT IS HEREBY ORDERED** that defendants' opposition to plaintiff's motion to file an amended complaint shall be filed by **August 4, 2008.** Any reply shall be filed by **August 6, 2008**. The **August 11, 2008** hearing date is **VACATED**. If the court determines that a hearing is necessary to rule on the motion, it will schedule one.

Dated: July 25, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TOKASHIKI\BRIEFING ORDER].wpd

1