UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA TOKASHIKI, ) ) Plaintiff(s), ) v. ) ) KAISER FOUNDATION HOSPITALS, ) et al., ) ) Defendant(s). ) ) | No. C 08-0357 BZ **CORRECTED ORDER SETTING BRIEFING SCHEDULE AND VACATING HEARING DATE** |

**IT IS HEREBY ORDERED** that defendants' opposition to plaintiff's motion to file an amended complaint shall be filed by **August 4, 2008.** Any reply shall be filed by **August 6, 2008.** The **August 20, 2008** hearing date is **VACATED.** If the court determines that a hearing is necessary to rule on the motion, it will schedule one.

Dated: July 25, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TOKASHIKI\CORRECTED BRIEFING ORDER.wpd

1