**In the United States District Court**
**for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**  July 21, 2008

**Court Reporter:**  FTR 072108 (3:16 - 3:30); FTR 072108 (3:36 - 3:44)

**Case No.:**  C-08-0357 BZ (EMC)

**Case Name:**  Theresa A. Tokashiki v. Kaiser Foundation Hospitals, et al.

**Counsel:**
**Plf:**  Theresa A. Tokashiki                **Def:**  Chris Baker

**Outcome of Settlement Conference:**

| | |
|---|---|
| _____ | Settled |
| _____ | Partial settlement |
| ___X___ | Did not settle |
| _____ | Other: |

**Notes:** Proposed Settlement Agreement placed on the record 7/21/08.  Plaintiff to contact Court and Defendant by 7/22/08 with response to proposed Settlement Agreement.  Settlement discussions pending as of 7/25/08.

**Time:**  5.75 hours

                                                          /s/
                                                Leni Doyle, Deputy Clerk

cc:     EMC, BZ