UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERESA TOKASHIKI, | ) | |
| Plaintiff(s), | ) | No.  C 08-0357 BZ |
| v. | ) | **AMENDED ORDER SETTING BRIEFING SCHEDULE AND VACATING HEARING DATE** |
| KAISER FOUNDATION HOSPITALS, et al., | ) | |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that defendants' opposition to plaintiff's motion to file an amended complaint shall be filed by **August 4, 2008.** Any reply shall be filed by **August 13, 2008**. The **August 11, 2008** hearing date is **VACATED**. If the court determines that a hearing is necessary to rule on the motion, it will schedule one.

Dated: July 30, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TOKASHIKI\BRIEFING ORDER].wpd

1