UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA TOKASHIKI,<br><br>      Plaintiff(s),<br><br>  v.<br><br>KAISER FOUNDATION HOSPITALS, et al.,<br><br>      Defendant(s). | No.  C 08-0357 BZ<br><br>**AMENDED ORDER SETTING BRIEFING SCHEDULE AND VACATING HEARING DATE**<br>**(CORRECTIONS UNDERLINED)** |

**IT IS HEREBY ORDERED** that defendants' opposition to plaintiff's motion to file an amended complaint shall be filed by **August 4, 2008.**  Any reply shall be filed by **August 13, 2008**.  The **August 20, 2008** hearing date is **VACATED**.  If the court determines that a hearing is necessary to rule on the motion, it will schedule one.

Dated:  July 30, 2008

                                        Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-BZCASES\TOKASHIKI\AMENDED BRIEFING ORDER.wpd

1