UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERESA TOKASHIKI, | ) | |
| | ) | |
| Plaintiff(s), | ) | No.  C 08-0357 BZ |
| | ) | |
| v. | ) | **ORDER GRANTING LEAVE TO FILE** |
| | ) | **SECOND AMENDED COMPLAINT** |
| KAISER FOUNDATION HOSPITALS, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

For the reasons set forth below, **IT IS HEREBY ORDERED THAT** plaintiffs' motion for leave to file a second amended complaint is **GRANTED**.

At the case management conference, I ordered plaintiff to serve defendants with her proposed second amended complaint by May 19, 2008 and ordered defendants to notify plaintiff if they would stipulate to the amendment by May 27, 2008.  On May 21, 2008, I granted the parties stipulation to extend the deadline.  On June 2, 2008, plaintiff filed a motion requesting that the deadline again be extended, and the case continued, because she required urgent surgery.  I ordered plaintiff to file a declaration from a physician by June 30,

1

1  2008 setting forth when the surgery was to occur or provide
2  defendants with the proposed amended complaint by that date.
3  On July 18, 2008, plaintiff filed a declaration in support of
4  her June 2, 2008 motion and attached a letter from Dr. Haglund
5  dated June 3, 2008.  Dr. Haglund stated that plaintiff has
6  been "referred to a neurosurgeon for consideration of possible
7  surgical treatment."  I am troubled by plaintiff's earlier
8  representation that her doctor informed her she would need
9  urgent surgery whereas it appears that she was just referred
10 for consideration of surgery.  Plaintiff is admonished that in
11 the future she must be candid in the statements she makes to
12 the court and counsel and that no further requests to extend a
13 deadline will be considered unless accompanied by a doctor's
14 certificate.
15      On July 18, 2008, plaintiff also moved for leave to file
16 a corrected second amended complaint.  Plaintiff declares that
17 she sent defendants a copy of her second amended complaint on
18 June 30, 2008.  She declares there were several errors in the
19 second amended complaint, so she sent defendants a corrected
20 version.  Defendants refuse to stipulate to allow plaintiff to
21 file either version of her proposed second amended complaint.
22      Federal Rule of Civil Procedure 15(a)(2) provides that
23 "[t]he court should freely give leave when justice so
24 requires."  There is a liberal policy of permitting amendment,
25 and motions to amend "should be granted 'unless amendment
26 would cause prejudice to the opposing party, is sought in bad
27 faith, is futile, or creates undue delay.'"  <u>Yakama Indian</u>
28 <u>Nation v. State of Wash. Dept. of Revenue</u>, 176 F.3d 1241, 1246

(9th Cir. 1999) *citing* Martinez v. Newport Beach City, 125 F.3d 777, 785 (9th Cir. 1997). Defendants' oppositions boils down to their desire to have the pleadings settled so they can move for summary judgment and their concern about delay. In the interest of reaching an expeditious resolution of this many year old dispute, **IT IS ORDERED** as follows:

1. I find no need for a reply or oral argument.

2. Plaintiff's motion to file a second amended complaint is **GRANTED**. Plaintiff shall file the corrected version of her second amended complaint with the court and serve a copy on defense counsel by **August 29, 2008**.

3. If defendants wish to file a new answer, they shall do so by **September 8, 2008.** Otherwise, their Answer to the First Amended Complaint shall be deemed to have been filed in response to the Second Amended Complaint.

Dated: August 18, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TOKASHIKI\ORDER GRANTING TO MOTION TO AMEND AND SETTING BRIEFING SCHEDULE.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THERESA A. TOKASHIKI,<br><br>        Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS et al,<br><br>        Defendant.<br>_____/ | Case Number: CV08-00357 BZ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 18, 2008, I SERVED a true and correct copy(ies) of the attached **ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher David Baker
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA 94105

Deborah J. Broyles
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA 94105

Theresa A. Tokashiki
2169 Dalis Drive
Concord, CA 94520-5419

Dated: August 18, 2008

                                          Richard W. Wieking, Clerk
                                          By: Rose Maher, Deputy Clerk