Theresa Ann Tokashiki, In Pro Per/Pro se
2169 Dalis Drive
Concord, California 94520-5419
(925) 691-4011



# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Magistrate Judge Edward M. Chen's Chamber's Copy

| | |
|---|---|
| THERESA A. TOKASHIKI,<br><br>　　　　Plaintiff<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS,<br>AMY L'AMOREAUX, DIANE THURIN,<br>KRISTIN HEIMAN, DOES 1 THROUGH<br>10, inclusive,<br><br>　　　　Defendants. | Case No. Case No. C 08-0357 BZ<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CASE DISMISSAL WITH PREJUDICE:**<br><br>Date:　　　　August 29, 2008<br><br>Presiding Judge: The Honorable Bernard Zimmerman<br><br>Court location:　450 Golden Gate Avenue<br>　　　　　　　　San Francisco, California 94102 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice the PLAINTIFF, Theresa A. Tokashiki appearing In Pro Per/Pro se, is moving this Court pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), and Magistrate Judge Bernard Zimmerman, for this PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CASE DISMISSAL **WITH PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: August 29, 2008　　　　-1-　　　　Theresa A. Tokashiki, In Pro Per/Pro se

## CERTIFICATE OF SERVICE BY MAIL

U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

TOKASHIKI vs. KAISER FOUNDATION HOSPITALS

Case #: C 08-0357 BZ

August 28, 2008

I am over the age of 18 and not a party to the action as noted above. I am a resident in the County of Contra Costa, in the State of California. My address is: 2034 Spring Lake Drive, Martinez, California 94553.

On August 28, 2008, I served the following document:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CASE DISMISSAL WITH PREJUDICE with the separate [PROPOSED ORDER] for this Motion**

By placing a true and correct copy thereof in a sealed envelope addressed as follows:

Chris Baker and Deborah J. Broyles, Attorneys for Defendants:
**KAISER FOUNDATION HOSPITALS**
**AMY L'AMOREAUX**
**DIANE THURIN**
**and KRISTIN HEIMAN**
THELEN, REID, BROWN, RAYSMAN & STEINER, LLP
101 SECOND STREET
Suite 1800
San Francisco, CA 94105

Today, August 28, 2008, I placed said document above in a pre-paid envelope at the Concord, California United States Post Office.

I declare this under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 28, 2008, at Martinez, California.

Date: August 28, 2008          Barbara McCauley

-1-