Theresa Ann Tokashiki, In Pro Per/Pro se
2169 Dalis Drive
Concord, California 94520-5419
(925) 691-4011

RECEIVED
08 AUG 29 PM 12:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Chamber's Copy

| | |
|---|---|
| THERESA A. TOKASHIKI, <br><br> Plaintiff <br><br> vs. <br><br> KAISER FOUNDATION HOSPITALS, AMY L'AMOREAUX, DIANE THURIN, KRISTIN HEIMAN, DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | Case No. Case No. C 08-0357 BZ <br><br> [PROPOSED] ORDER for PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CASE DISMISSAL WITH PREJUDICE: <br><br> Date:  August 29, 2008 <br> Judge:  Magistrate Judge Bernard Zimmerman <br> Court location:  450 Golden Gate Avenue <br>  San Francisco, California 94102 <br> Floor:  15th Floor |

This [PROPSED] ORDER for the PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CASE DISMISSAL WITH PREJUDICE is ordered as follows:

IT IS ORDERED THAT:

1.     The motion is GRANTED;

2.     This case is DISMISSED WITH PREJUDICE.

Dated:

---

Magistrate Judge Bernard Zimmerman,
UNITED STATES MAGISTRATE JUDGE

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/