Theresa Ann Tokashiki, In Pro Per/Pro se
2169 Dalis Drive
Concord, California 94520-5419
(925) 691-4011

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Chamber's Copy

| | |
|---|---|
| THERESA A. TOKASHIKI,<br><br>　　　　　　　　Plaintiff<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS, AMY L'AMOREAUX, DIANE THURIN, KRISTIN HEIMAN, DOES 1 THROUGH 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No. Case No. C 08-0357 BZ<br><br>[PROPOSED] ORDER for PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CASE DISMISSAL WITH PREJUDICE:<br><br>Date:　　　　　August 29, 2008<br>Judge:　　　　Magistrate Judge Bernard Zimmerman<br>Court location:　450 Golden Gate Avenue<br>　　　　　　　　San Francisco, California 94102<br>Floor:　　　　15th Floor |

This [PROPSED] ORDER for the PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CASE DISMISSAL WITH PREJUDICE is ordered as follows:

IT IS ORDERED THAT:

-1-

1. The motion is GRANTED;

2. This case is DISMISSED WITH PREJUDICE.

Dated: August 29, 2008

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

_____
For Magistrate Judge Bernard Zimmerman,
UNITED STATES MAGISTRATE JUDGE
Authorized by Magistrate Judge Bernard Zimmerman, 8/29/2008

/ MAILED TO:
  Theresa Tokashiki
/ (see attached Certificate of Service)

-2-

**United States District Court**
For the Northern District of California

1
2
3
4
5   UNITED STATES DISTRICT COURT
6   NORTHERN DISTRICT OF CALIFORNIA
7
8   THERESA A. TOKASHIKI,                    No. C-08-0357 BZ (EMC)
9              Plaintiff,
10       v.
                                             **CERTIFICATE OF SERVICE**
11  KAISER FOUNDATION HOSPITALS, *et al.*,
12
13             Defendants.
                                         /
14
15       I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern
16  District of California. On the below date, I served a true and correct copy of the attached, by placing
17  said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing
18  said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery
19  receptacle located in the Office of the Clerk.
20
21  Theresa A. Tokashiki                      *ALL OTHER COUNSEL SERVED VIA*
    2169 Dalis Drive                          *ELECTRONIC FILING ("E-FILING")*
22  Concord, CA 94520-5419
23
24  Dated: August 29, 2008                    RICHARD W. WIEKING, CLERK
25
26                                            By:        /s/
                                                   Leni Doyle
27                                                 Deputy Clerk
28